PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| RICHARD D. EKBLAD, | CASE NO. 1:11-cv-00968-AWI-JLT |
|---|---|
| Plaintiff, | Assigned for all purposes to: Chief Judge Anthony W. Ishii and Magistrate Judge Jennifer L. Thurston |
| v. | |
| THE BOEING COMPANY; and DOES 1 through 50, Inclusive, | **ORDER DENYING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE** |
| Defendant. | |

Before the Court is the stipulation to continue the mid-discovery status conference.  (Doc. 14)  Because the stipulation fails to demonstrate good cause for the continuance, the stipulation is DENIED.  The mid-discovery status conference remains as calendared.

IT IS SO ORDERED.

Dated:   **April 17, 2012**                    **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE