# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. EKBLAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | CASE NO. 1:11-cv-00968-AWI-JLT<br><br>Assigned for all purposes to:<br>Chief Judge Anthony W. Ishii<br>and Magistrate Judge Jennifer L. Thurston<br><br>**ORDER DENYING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE** |

　　　　Before the Court is the stipulation to continue the mid-discovery status conference. (Doc. 14) Because the stipulation fails to demonstrate good cause for the continuance, the stipulation is DENIED. The mid-discovery status conference remains as calendared.

IT IS SO ORDERED.

　Dated:　**April 17, 2012**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DENYING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE