1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   RICHARD D. EKBLAD,                          CASE NO. 1:11-cv-00968-AWI-JLT

12              Plaintiff,
                                                 **ORDER GRANTING STIPULATION TO**
13       v.                                      **CONTINUE SETTLEMENT**
                                                 **CONFERENCE CURRENTLY**
14   THE BOEING COMPANY; and DOES 1              **SCHEDULED FOR JULY 19, 2012**
     through 50, Inclusive,
15                                               (Doc. 20)
                Defendant.
16

17

18                            **ORDER**

19          Pursuant to the Stipulation between the parties and FOR GOOD CAUSE SHOWN, it is

20   hereby ORDERED that the Settlement Conference, currently scheduled for July 19, 2012, is

21   hereby continued to September 12, 2012 at 10:00 a.m. at the United States Courthouse located at

22   510 19th Street, Bakersfield, CA.

23

24

25   IT IS SO ORDERED.

26     Dated:   __July 12, 2012__              _____/s/ Jennifer L. Thurston
27                                             UNITED STATES MAGISTRATE JUDGE

28