# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. EKBLAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | CASE NO. 1:11-cv-00968-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE CURRENTLY SCHEDULED FOR JULY 19, 2012**<br><br>(Doc. 20) |

## ORDER

Pursuant to the Stipulation between the parties and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the Settlement Conference, currently scheduled for July 19, 2012, is hereby continued to September 12, 2012 at 10:00 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, CA.

IT IS SO ORDERED.

Dated: __July 12, 2012__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE