# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. EKBLAD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY; and DOES 1 through 50, Inclusive,<br><br>    Defendant. | CASE NO. 1:11-cv-00968-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER**<br><br>(Doc. 23) |

## **ORDER**

Before the Court is the stipulation of counsel to extend the dates by which dispositive motions must be filed. (Doc. 23) Counsel agree that they have been having fruitful settlement discussions and seek to avoid the added costs of filing and opposing a motion for summary judgment, if the matter can be settled. Id. The current deadline for filing the motion is October 15, 2012[1] (Doc. 13) and counsel seek an extension of time to December 3, 2012. (Doc. 23) Likely unaware of the time needed to decide a dispositive motion, counsel did not address that continuing the deadline to file the dispositive motion will impact the pretrial and trial dates.

---

[1] Given this looming deadline, the suggestion that counsel has not already prepared the motion for summary judgment, if one was going to be filed, is hard to accept. However, the Court will accept this representation given counsel are officers of the Court.

**ORDER**

Good cause appearing, the Court **ORDERS**:

1. The stipulation it amend the scheduling order is **GRANTED** as follows:

    i. Dispositive motions, if any, **SHALL** be filed no later than **December 3, 2012** and heard no later than **January 14, 2013**;

    ii.. The pretrial conference is **CONTINUED** to **March 6, 2013** at 1:30 p.m;

    iii. The trial date is **CONTINUED** to **May 7, 2013** at 8:30 a.m.;

2. Counsel **SHALL** file a joint report detailing the status of the settlement efforts no later than **November 9, 2012**.

IT IS SO ORDERED.

Dated:   **October 12, 2012**                    **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE