1  JAY S. ROTHMAN & ASSOCIATES
   Jay S. Rothman, Bar No. 49739
2  21900 Burbank Blvd., Suite 210
   Woodland Hills, California 91367
3  E-Mail: lawyers@jayrothmanlaw.com
   Telephone: (818) 986-7870
4  Facsimile: (818) 990-3019
   Attorneys for Plaintiff
5  RICHARD D. EKBLAD

6  PAYNE & FEARS LLP
   Daniel F. Fears, Bar No. 110573
7  E-Mail: dff@paynefears.com
   Matthew J. Cute, Bar No. 265158
8  E-Mail:  mjc@paynefears.com
   4 Park Plaza, Suite 1100
9  Irvine, California 92614
   Telephone: (949) 851-1100
10 Facsimile: (949) 851-1212
   Attorneys for Defendant
11 THE BOEING COMPANY

12

13              **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16 RICHARD D. EKBLAD,                    CASE NO. 1:11-cv-00968-AWI-JLT

17              Plaintiff,               Assigned for all purposes to:
                                         Chief Judge Anthony W. Ishii
18       v.                              and Magistrate Judge Jennifer L. Thurston

19 THE BOEING COMPANY; and DOES 1       **STIPULATION AND ORDER TO**
   through 50, Inclusive,                **DISMISS ENTIRE ACTION WITH**
20                                        **PREJUDICE**
              Defendant.
21

22

23

24

25       WHEREAS Plaintiff  RICHARD D. EKBLAD ("Plaintiff") filed his Complaint for

26 damages against Defendant THE BOEING COMPANY ("Defendant") on March 25, 2011 in the

27 California Superior Court, County of Kern.

28

_____
STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

1    WHEREAS Defendant removed the action to The United States District Court for the

2 Eastern District of California on June 9, 2011.

3

4    WHEREAS Plaintiff and Defendant have now entered into a complete and full settlement

5 agreement that resolved all issues in the Complaint, and between Plaintiff and Defendant.

6

7    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Richard

8 Ekblad and Defendant The Boeing Company, by and through their counsel of record, that the

9 above-captioned action in its entirety, and all claims for relief brought by Plaintiff, be and hereby

10 are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

11

12    IF IS FURTHER STIPULATED that the parties agree to bear their own costs and

13 attorneys' fees.

14

15 DATED: January 15, 2013                    JAY S. ROTHMAN & ASSOCIATES

16

17                                           By: _____/s/ Jay S. Rothman_____

18                                                           JAY S. ROTHMAN

19                                           Attorneys for Plaintiff
                                             RICHARD D. EKBLAD

20
21 DATED: Jaunary 15, 2013                    PAYNE & FEARS  LLP

22

23                                           By: _____/s/ Daniel F. Fears_____

24                                                           DANIEL F. FEARS

25                                           Attorneys for Defendant
                                             THE BOEING COMPANY

26

27

28

## <u>ORDER AND DISMISSAL WITH PREJUDICE</u>

Upon reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED and DECREED that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs to achieve said dismissal. The Clerk is hereby directed to close the file.

IT IS SO ORDERED.

Dated:   January 16, 2013     _____

SENIOR   DISTRICT   JUDGE