JAY S. ROTHMAN & ASSOCIATES
Jay S. Rothman, Bar No. 49739
21900 Burbank Blvd., Suite 210
Woodland Hills, California 91367
E-Mail: lawyers@jayrothmanlaw.com
Telephone: (818) 986-7870
Facsimile: (818) 990-3019
Attorneys for Plaintiff
RICHARD D. EKBLAD

PAYNE & FEARS LLP
Daniel F. Fears, Bar No. 110573
E-Mail: dff@paynefears.com
Matthew J. Cute, Bar No. 265158
E-Mail: mjc@paynefears.com
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. EKBLAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendant. | CASE NO. 1:11-cv-00968-AWI-JLT<br><br>Assigned for all purposes to:<br>Chief Judge Anthony W. Ishii<br>and Magistrate Judge Jennifer L. Thurston<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　　　WHEREAS Plaintiff RICHARD D. EKBLAD ("Plaintiff") filed his Complaint for damages against Defendant THE BOEING COMPANY ("Defendant") on March 25, 2011 in the California Superior Court, County of Kern.

STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE

1  WHEREAS Defendant removed the action to The United States District Court for the
2  Eastern District of California on June 9, 2011.

4  WHEREAS Plaintiff and Defendant have now entered into a complete and full settlement
5  agreement that resolved all issues in the Complaint, and between Plaintiff and Defendant.

7  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Richard
8  Ekblad and Defendant The Boeing Company, by and through their counsel of record, that the
9  above-captioned action in its entirety, and all claims for relief brought by Plaintiff, be and hereby
10 are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

12 IF IS FURTHER STIPULATED that the parties agree to bear their own costs and
13 attorneys' fees.

15 DATED: January 15, 2013            JAY S. ROTHMAN & ASSOCIATES

17                                    By:    /s/ Jay S. Rothman
18                                           JAY S. ROTHMAN

19                                    Attorneys for Plaintiff
                                      RICHARD D. EKBLAD
20
21 DATED: Jaunary 15, 2013            PAYNE & FEARS  LLP

23                                    By:    /s/ Daniel F. Fears
24                                           DANIEL F. FEARS

25                                    Attorneys for Defendant
                                      THE BOEING COMPANY

-2-
STIPULATION AND ORDER TO DISMISS

**ORDER AND DISMISSAL WITH PREJUDICE**

Upon reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED and DECREED that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs to achieve said dismissal. The Clerk is hereby directed to close the file.

IT IS SO ORDERED.

Dated:   January 16, 2013

SENIOR DISTRICT JUDGE